AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: 1:07MJ101A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Dennis Evans.

I certify that I am admitted to practice in this court.

10/11/07
Date

Richard K Corley
Signature

Richard K. Corley 2965
Print Name Bar Number

127 Dorrance St. 2d Floor
Address

Prov. RI 02903
City State Zip Code

861-2100 861 2139
Phone Number Fax Number