# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. 1:07-MJ-101A***

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **DENNIS R. EVANS**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **11th** day of **October, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf; and have you there and then this writ.

~~executed, court cancelled.~~

~~Deputy U.S. Marshal~~

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: October 5, 2007.

David A. DiMarzio, Clerk

*by* ______________________
***Jeannine Noel - Deputy Clerk***

INITIAL APPEARANCE