PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): KENNETH P. MADDEN

CASE NO.

USA vs.

Defendant: DENNIS R. EVANS

Addres

☐ In

REDACTED

Birth Date

ble)

Social

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date ________ or Date Transferred to Federal Custody ________

☐ Currently in Federal Custody

☑ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) — SHOW DOCKET NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under — MAG. JUDGE CASE NO. 07-MJ-101A

Place of offense: County

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | | | ☒ Felony ☐ Misdemeanor |
| | SEE ATTACHMENT | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |

OFFENSES CHARGED

**DENNIS R. EVANS**

COUNT 1 - 18 U.S.C. § 371 - Conspiracy to Commit Bank Fraud

Penalties: 5 Years Imprisonment; $250,000 Fine; 3 Years Supervised Release; $100 Special Assessment

COUNT 2 - 18 U.SC. §§2113(a) and (d) and 2 - Armed Bank Robbery

Penalties 25 Years Imprisonment; $250,000 Fine; 5 Years Supervised Release; $100 Special Assessment

Trial: 5 Days