AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
DENNIS R. EVANS

## WAIVER OF INDICTMENT

CASE NUMBER: 08-008S

I, DENNIS R. EVANS, the above named defendant, who is accused of

Armed Bank Robbery and Conspiracy To Commit Bank Robbery

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/11/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Dennis Evans
Defendant

Richard K. Corley
Counsel for Defendant

Before [signature]
Judicial Officer

USMT

This form was electronically produced by Elite Federal Forms, Inc.