IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 08-008ML |
| | ) | |
| DENNIS R. EVANS | ) | |

GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

The United States Probation Officer has provided information indicating that a conviction of the Defendant previously reported as a bank robbery was, in fact, the robbery of a pharmacist at a Cranston CVS Pharmacy. The offense in question is one committed on December 27, 1980 for which the Defendant was sentenced on July 15, 1981. This corrected information does not change the Defendant's number of arrests, his total number of convictions, his number of robbery convictions, his number of firearms convictions, his Career Offender status, or his advisory Sentencing Guidelines range.

Based upon this corrected information, the government amends its earlier statement to the Court. Including the instant offense, the Defendant has two prior bank robbery convictions, not three as previously argued. In essence, however, this is a distinction without a difference. The number of robbery convictions remains at four. Whether the location be a bank, a pharmacy, or some other business, an armed robbery poses a serious and substantial life-threatening risk to employees, customers and others in the immediate vicinity.

Despite this amendment to the presentence investigation report, the government's recommendation remains as previously stated on June 27, 2008.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

I hereby certify that on the 7th day of July, 2008, I electronically filed and served the Within Government's Supplemental Sentencing Memorandum, to:

Richard K. Corley, Esq.
Law Offices
127 Dorrance Street, 2nd floor
Providence, RI 02903

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov